UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAURICE J. ANDERSON (#126000)

VERSUS

ELIZABETH P. WOLFE, ET AL.

CIVIL ACTION

NO. 14-401-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated August 18, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Complaint* is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and (iii) and without prejudice to any state law claim.

Baton Rouge, Louisiana the 10 day of September, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.